UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS                                            NO: 09-010

GREGORY BROUSSARD,                                SECTION: "N"
    Defendant.

## ORDER AND REASONS

For essentially the reasons stated in the Government's opposition memorandum (Rec. Doc. 61), **IT IS ORDERED** that Defendant Gregory Broussard's prior requests relative to setting aside his conviction and having new counsel appointed are **DENIED**. *See* Rec. Doc. 60-1 and letters attached hereto as Exhibits "A" and "B".

New Orleans, Louisiana, this 27th day of June 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE